George E. Powers, Jr. 5-2062
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue
P.O. Box 328
Cheyenne, Wyoming 82003
(307) 632-6421 telephone
(307) 632-7216 facsimile

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois insurance company, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY JOE SMITH, a citizen of Wyoming, and JASON JAY FREDERICK, a citizen of Wyoming, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 10CV0109J <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective attorneys, and hereby stipulate that the above-entitled action, together with all claims, demands and causes of action against the Defendants shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this ___31st___ day of August 2010.

_____
George E. Powers, Jr. 5-2062
Sundahl, Powers, Kapp & Martin, L.L.C.
1725 Carey Avenue
P.O. Box 328
Cheyenne, WY 82003-0328
Attorney for Plaintiff

*[signature]*
_____
Jason M. Tangeman
Nicholas & Tangeman LLC
170 North Fifth Street
P.O. Box 928
Laramie, WY  82073-0928
Attorney for Defendant Jason Frederick

_____
J. Stan Wolfe
Law Firm of J. Stan Wolfe, PC
222 South Gillette Avenue, Ste. 500
Gillette, WY  82716-3743
Attorney for Defendant Timothy J. Smith

_____
Jason M. Tangeman
Nicholas & Tangeman LLC
170 North Fifth Street
P.O. Box 928
Laramie, WY  82073-0928
Attorney for Defendant Jason Frederick


_____
J. Stan Wolfe    5-19-89
Law Firm of J. Stan Wolfe, PC
222 South Gillette Avenue, Ste. 500
Gillette, WY  82716-3743
Attorney for Defendant Timothy J. Smith
